# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DELPHIA J. WARREN,**

    **Plaintiff,**

-vs-    No. 04-CV-418 DRH

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    **Defendant.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This action came to hearing before the Court on a Report and Recommendation from United States Magistrate Judge Donald G. Wilkerson.

**IT IS ORDERED AND ADJUDGED** that the Report is adopted in its entirety.  The decision of the Commissioner denying Plaintiff's application for SSI is **REVERSED** and **REMANDED** back to the agency for further review only with respect to whether the Plaintiff meets Listing 3.02 and whether the Commissioner has met his/her burden at Step 5 of the sequential evaluation followed to determine whether Plaintiff has met her burden of establishing disability.

                                              **NORBERT G. JAWORSKI, CLERK**

September 29, 2005.    By: s/Patricia Brown
                                                     Deputy Clerk

APPROVED:/s/     David RHerndon
                **U.S. DISTRICT JUDGE**